PROB 12B
(7/93)

Report Date:  October 2, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 2 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Jon Louis Souza                Case Number: 2:04CR00169-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  5/31/2005            Type of Supervision:

Original Offense: Conspiracy to Possess With Intent    Date Supervision Commenced: 10/02/2007
to Distribute Over 80 Kilograms but Less Than 100
Kilograms of Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 41 Months; TSR - 36    Date Supervision Expires: 10/01/2010
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

## CAUSE

Pursuant to the Ninth Circuit case of U.S. v Stephens, the above modification with the offenders consent is being
submitted for Your Honors review.

Respectfully submitted,

by      _____

Richard B. Law
U.S. Probation Officer
Date:  October 2, 2007

Prob 12B

**Re:  Souza, Jon Louis**
**October 2, 2007**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

                                                                     _____
                                                      Signature of Judicial Officer

                                                    Oct 2 2007
                                                     _____
                                                       Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____          Signed: _____
                Richard B. Law                                                    Jon Louis Souza
              U.S. Probation Officer                                      Probationer or Supervised Releasee

_____
October 2, 2007
Date