PROB 12C
(7/93)

Report Date: December 24, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 29 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jon Louis Souza     Case Number: 2:04CR00169-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 months; TSR - 36 months |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Defense Attorney: | Karen S. Lindholdt |

Type of Supervision: Supervised Release

Date Supervision Commenced: 10/02/2007

Date Supervision Expires: 10/01/2010

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

      **Supporting Evidence**: On December 14, 2009, Mr. Souza submitted a urine specimen at North East Washington Medical Group. Said specimen was confirmed positive for methamphetamine.

2     **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Jon Souza failed to report for a random urine test as directed on December 23, 2009.

Prob12C
Re:  Souza, Jon Louis
December 24, 2009
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/24/2009

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/29/09
Date