PROB 12C
(7/93)

Report Date: January 12, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jon Louis Souza                  Case Number: 2:04CR00169-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 months; TSR - 36 months |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Defense Attorney: | Karen S. Lindholdt |

Type of Supervision: Supervised Release

Date Supervision Commenced: 10/02/2007

Date Supervision Expires: 10/01/2010

### PETITIONING THE COURT

To issue a warrant for the arrest of Jon Souza and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 24, 2009.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

3    **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Jon Souza has failed to report for, and participate in, substance abuse counseling at ADEPT in Colville, Washington, on December 14, 23, 2009. He was placed on a last chance contract on December 30, 2009. He failed to report for counseling, and has since been unsuccessfully discharged.

4    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: Mr. Souza failed to report for urinalysis testing as directed on January 4, 2010.

Prob12C
Re: Souza, Jon Louis
January 12, 2010
Page 2

|   |   |   |
|---|---|---|
| 5 | | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On January 4, 2010, the undersigned officer directed Mr. Souza to report to the probation office after he retrieved his summons from the U.S. Marshals Service on January 5, 2010. The offender left a message advising that he was having vehicle problems on January 5, and failed to report as directed. He has not attempted to reschedule his appointment with the undersigned officer, or retrieve his summons for the violations previously alleged in the report dated December 24, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/12/2010

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other
[X]  The Issuance of a Warrant and incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

Signature of Judicial Officer

Jan 14 2010
Date