PROB 12C
(7/93)

Report Date: January 21, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 5 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jon Louis Souza                Case Number: 2:04CR00169-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

Original Offense:         Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100
                          Kilograms of Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence:        Prison - 41 months;              Type of Supervision:  Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Joseph H. Harrington            Date Supervision Commenced:  10/02/2007

Defense Attorney:         Karen S. Lindholdt              Date Supervision Expires:  10/01/2010

---

### PETITIONING THE COURT

         To incorporate the violations contained in this petition in future proceedings with the
violations previously reported to the Court on December 24, 2009,  and January 12, 2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Jon Souza was stopped by the Washington State Patrol and cited for third degree driving while license suspended on January 11, 2010. He failed to appear for a hearing on the same date and a warrant was issued in that matter. He was again contacted by law enforcement on January 15, 2010, and arrested for the above-noted outstanding warrant, and again cited for third degree driving while license suspended. He was released from custody on January 15, 2010. The third degree driving while license charge from January 11, 2010, was dismissed on January 15, 2010. The third degree driving while license suspended charge from January 15, 2010, was amended on the same date to no valid operator's license. |

Prob12C
**Re: Souza, Jon Louis**
**January 21, 2010**
**Page 2**

It was further reported by the U.S. Marshal Service that Mr. Souza was released from Stevens County custody on January 15, 2010, at 11:30 am so he could make his initial appearance in Spokane for the outstanding Federal probation violations noted in the December 24, 2009, violation report. However, he failed to report, and his current whereabouts are unknown. To date, Mr. Souza has not reported his contact with law enforcement and arrest, as noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/1010

Richard Law

Richard Law
U.S. Probation Officer

**THE COURT ORDERS**

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Other

Signature of Judicial Officer

Jan 22 2010
Date