PROB 12C
(7/93)

Report Date: May 13, 2010

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 3 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jon Louis Souza          Case Number: 2:04CR00169-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 02/25/2010

Date Supervision Expires: 12/24/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: On May 4, 2010, the undersigned officer directed Jon Souza to report to the probation office on Monday, May 10, 2010, at 11:00 a.m. Mr. Souza failed to report as directed. He did not call or leave a message advising he would not be able to keep the appointment.

2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On March 1, 2010, Mr. Souza entered into intensive outpatient treatment through ADEPT in Colville, Washington. He participated in substance abuse treatment and attended three group sessions weekly. On May 4, 2010, Mr. Souza was discharged, unsuccessfully, from the treatment program at ADEPT. The undersigned officer

Prob12C
Re: Souza, Jon Louis
May 13, 2010
Page 2

was advised by the defendant's counselor that Mr. Souza was discharged from treatment as he continued to use methamphetamine. Further, the counselor reported Mr. Souza would need a higher level of care, indicating the need for inpatient treatment.

On May 5, 2010, the undersigned officer called and left a message advising Mr. Souza that he would be entering inpatient treatment at Pioneer Center East. He was advised a bed date had been reserved for May 10, 2010, and this officer would transport him to treatment following his scheduled appointment with probation on the same date. Mr. Souza failed to keep his scheduled appointment with probation, and did not report to Pioneer Center East on May 10, 2010. He is currently in noncompliance with his Court ordered substance abuse treatment.

3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: The undersigned officer collected a urine sample from Mr. Souza on April 22, 2010. It was presumptive positive for methamphetamine. When confronted with this information, Mr. Souza denied that he had used methamphetamine. Kroll Laboratory confirmed the sample was positive for methamphetamine.

On April 26, 2010, the defendant provided a urine sample to Northeast Washington Medical Group. The sample tested presumptive positive for methamphetamine. Kroll Laboratory confirmed the sample was positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/13/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/13/10
Date