PROB 12C
(7/93)

Report Date: August 17, 2010

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jon Louis Souza                Case Number: 2:04CR00169-001 - WFN

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

Original Offense: Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 41 Months; TSR - 36 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly            Date Supervision Commenced: 02/25/2010

Defense Attorney: Roger Peven                   Date Supervision Expires: 12/24/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On August 12, 2010, Mr. Souza was directed by the STEP Team to complete up to 180 days at the residential reentry center (RRC). The undersigned officer directed him to report for a bed date on August 16, 2010. The defendant indicated he understood and would report as directed. Mr. Souza failed to follow the instructions of the undersigned officer and did not report to the RRC as directed. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Souza is currently participating in intensive outpatient treatment through Pioneer Counseling. He was directed to attend all sessions due to prior absences. In the case of an emergency, he was instructed to contact the U.S. Probation Office and |

Prob12C
Re: **Souza, Jon Louis**
August 17, 2010
Page 2

        Pioneer Counseling. Mr. Souza failed to attend treatment on August 16, 2010. He failed to contact the U.S. Probation Office and Pioneer Counseling. Attempts to contact the defendant have been unsuccessful.

3      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

      **Supporting Evidence**: Mr. Souza is required to call-in daily to Pioneer Counseling for random drug testing. He was scheduled to submit to drug testing at Pioneer Counseling on August 16, 2010; however, failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/17/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Bickle*
Signature of Judicial Officer

*August 17, 2010*
Date