PROB 12C
(7/93)

Report Date: March 18, 2011

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jon Louis Souza          Case Number: 2:04CR00169-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 05/31/2005

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Over 80 Kilograms but Less Than 100 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly    Date Supervision Commenced: 01/18/2011 |
| Defense Attorney: | Roger Peven    Date Supervision Expires: 07/17/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1                **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

                 **Supporting Evidence**: Mr. Souza reported to the U.S. Probation Office on March 18, 2011, after absconding from the Spokane Residential Reentry Center. He appeared to be under the influence of a controlled substance. Mr. Souza admitted to Deputy Chief U.S. Probation Officer Matt Elvin and this officer that he had used methamphetamine within the last 3 days, but could not remember the exact date.

2                **Special Condition # 17**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

                 **Supporting Evidence**: Mr. Souza released from custody on January 19, 2011, and entered the Spokane Residential Reentry Center (SRRC) on the same date. He failed to return to the SRRC on March 15, 2011, after attending his drug treatment class. Mr. Souza was not granted permission by the Court or U.S. Probation to leave the facility. He was terminated from the SRRC for absconding.

Prob12C
Re: Souza, Jon Louis
March 18, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/18/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Fred Van Sickle
Signature of Judicial Officer

March 18, 2011
Date